# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANZEL J. DACANAY,<br><br>Defendant. | Case No.  1:20-mj-00004-SAB-1<br><br>ORDER VACATING SEPTEMBER 17, 2020 MOTION HEARING |

On April 16, 2020, a motion schedule was set in this action.  Motions were to be filed on August 27, 2020 and a motion hearing is set for September 17, 2020.  The deadline to file motions has passed and neither party has filed motions.  Accordingly, IT IS HEREBY ORDERED that the September 17, 2020 motion hearing is VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated: __**August 28, 2020**__

UNITED STATES MAGISTRATE JUDGE

1