# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-mj-00004 SAB |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| HANZEL J. DACANAY, | ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Driving in Violation of Suspended/Revoked Privilege for Refusing a Chemical Test, in violation of 36 C.F.R. § 4.2(b), CVC § 14601.5(a)

**Sentence Date:** October 15, 2020

**Review Hearing Date:** August 19, 2021

**Probation Expires On:** October 15, 2020

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $610.00 which Total Amount is made up of a Fine: $ 600  Special Assessment: $ 10.00   Processing Fee: $ 0 Restitution: $ 0

☒ Payment schedule of $ 60.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:** 0

☐ **Other Conditions:**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 540
   ☒ If not paid in full when was last time payment:   Date: 7/19/2021
                                                       Amount: $60.00
   ☒ Counsel received information that Mr. Dacanay's final payment has been mailed.  Counsel expects this final payment to be received and processed in advance of the August 19, 2021 review hearing.

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED:  8/10/2021                                                 */s/ Jeffrey Spivak*
                                                                              JEFFREY SPIVAK
                                                                              Assistant United States Attorney
                                                                              Attorney for Plaintiff

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/19/2021 at 10:00 am

    ☒ be continued to 9/16/2021 at 10:00 a.m.; or

    ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  8/10/2021                                                 */s/ Matthew Lemke*
                                                                              MATTHEW LEMKE
                                                                              Assistant Federal Defender
                                                                              Attorney for Defendant

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for August 19, 2021 at 10:00 a.m. be continued to September 16, 2021 at 10:00 a.m. The defendant is ordered to appear.

☐ DENIED.

IT IS SO ORDERED.

Dated: __August 11, 2021__

_____
UNITED STATES MAGISTRATE JUDGE