# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>HANZEL J. DACANAY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:20-mj-00004 SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Driving in Violation of Suspended/Revoked Privilege for Refusing a Chemical Test, in violation of 36 C.F.R. § 4.2(b), CVC § 14601.5(a)

**Sentence Date:** October 15, 2020

**Review Hearing Date:** September 16, 2021

**Probation Expires On:** October 15, 2021

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $610.00 which Total Amount is made up of a Fine: $ 600  Special Assessment: $ 10.00   Processing Fee: $ 0 Restitution: $ 0

☒ Payment schedule of $ 60.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:** 0

☐ **Other Conditions:**

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 610

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED: 9/10/2021  /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/16/2021 at 10:00 am

  ☐ be continued to ____ at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 9/10/2021  /s/ Matthew Lemke
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **September 10, 2021**

_____
UNITED STATES MAGISTRATE JUDGE